**Order entered October 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00928-CV

**FINANCIAL CASUALTY COMPANY, ET AL., Appellants**

**V.**

**MARK HUNT, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F-12-33267-Y**

## ORDER

The reporter's record is past due. In an order dated October 3, 2014, we ordered Sharon Hazelwood, Official Court Reporter for Criminal District Court No. 7 of Dallas County, Texas, to file, by October 16, 2014, either: (1) the reporter's record; (2) written verification that appellants have not requested the reporter's record; or (3) written verification that appellants have not paid or made arrangements to pay for the record. As of today's date, the Court has not received any response from Sharon Hazelwood.

Accordingly, we again **ORDER** Sharon Hazelwood to file, by **OCTOBER 31, 2014**, either: (1) the reporter's record from the hearing held on September 20, 2013; (2) written verification that appellants have not requested the reporter's record; or (3) written verification that appellants have not paid or made arrangements to pay for the record.

If the Court does not receive either the reporter's record from the hearing held on September 20, 2013 or the required written verification about the request or payment for the record, we will utilize the remedies available to obtain the reporter's record, which may include ordering that Sharon Hazelwood not sit as a court reporter until she complies with this order.

*We caution appellants that if the Court receives written verification of no request or no payment, we will order the appeal submitted without the reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable Michael Snipes, Judge of Criminal District Court No. 7 of Dallas County, Texas, Sharon Hazelwood, and all counsel of record.

/s/    ELIZABETH LANG-MIERS
        JUSTICE